MAX BARASH, Appellant, *v.* THE BOARD OF EDUCATION, SCHOOL DISTRICT OF THE CITY OF NEW YORK, Respondent.

(Submitted November 21, 1930; decided January 6, 1931.)

*Asa B. Kellogg* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*J. Joseph Lilly, Elliot S. Benedict* and *Thomas W. A. Crowe* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.